E-FILED
Friday, 17 December, 2004  01:41:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **LPJ RESEARCH, INC.,** an Illinois Corporation, ) ) ) | |
| **Plaintiff,** ) ) ) | |
| vs. ) ) | Case No. 03-2140 |
| **TWIN LABORATORIES, INC.,** a Utah corporation, ) ) ) ) | |
| **Defendant.** ) | |

**ORDER**

The complaint in this matter was filed on August 5, 2003. The defendant, Twin Laboratories, Inc., filed for bankruptcy protection on September 4, 2003. Therefore, this case is subject to the automatic stay provisions of the Bankruptcy Code. 11 U.S.C. § 362(a)(6) provides that the filing of the bankruptcy petition "operates as a stay, applicable to all entities, of any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title." Due to these automatic stay provisions, this case cannot progress at this time in this court.

At a status conference held on December 17, 2004, Plaintiff moved to dismiss this matter with leave to refile should the bankruptcy stay be lifted. Because this case has been pending for nearly a year and half and the automatic stay has not been lifted, this court finds in the interest of

judicial economy that this matter should be dismissed. Should the automatic stay be lifted, LPJ Research may reopen this case on proper motion and notice to Twin Laboratories. See Willhelm v. Eastern Airlines, Inc., 927 F.2d 971, 972 (7th Cir. 1991).

IT IS THEREFORE ORDERED:

(1) Plaintiff's oral motion to dismiss is GRANTED.

(2) Plaintiff's complaint is dismissed. If the automatic stay in the bankruptcy court is lifted, Plaintiff may reopen this case on proper motion and notice to Defendant.

ENTERED this 17th day of December, 2004

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE